UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-TP-80025-RLR

UNITED STATES OF AMERICA,

v.

VANIA LEE ALLEN,

　　　　Defendant.

_____/

## REPORT & RECOMMENDATION

Defendant, VANIA LEE ALLEN, appeared before the Court represented by counsel on March 8, 2021, for a final hearing on violations of supervised release.  Defendant was originally convicted of conspiracy to commit wire fraud and false impersonation of an employee of the United States, in violation of 18 U.S.C. §§ 1343, 917, and 371.  Following this conviction, Defendant was sentenced to 40 months in prison followed by three year of supervised release with special conditions, as well as a $100 special assessment and restitution in the amount of $117,000.00.  On June 4, 2020, Defendant's supervised release was modified, allowing Defendant to pay restitution at a rate of $25.00 a month and removing the condition imposing curfew.

After serving the prison portion of her sentence, Defendant began her term of supervised release on March 30, 2018.  According to a pending petition [DE 3], Defendant violated her supervised release by: (1) failing to satisfy the court-ordered restitution; (2) leaving the judicial district without first securing permission from her probation officer; (3) failing to inform Defendant's employer of her conviction, as instructed by her probation

officer; and (4) by failing to inform any employer or prospective employer of Defendant's current conviction and supervised release status as instructed by the Court as a special condition of supervision.

At the hearing, Defendant freely, knowingly, and voluntarily admitted to the above violations.   Accordingly, the Court **RECOMMENDS** that the District Court accept Defendant's admission and find her guilty of violating her term of supervised release as charged.   The Court further **RECOMMENDS** that this matter be set down for sentencing before U.S. District Judge Robin L. Rosenberg.

A party shall serve and file written objections, if any, to this Report and Recommendation with U.S. District Judge Robin L. Rosenberg, within 14 days after being served with a copy.  *See* 28 U.S.C. § 636(b)(1)(C).  Failure to file timely objections may limit the scope of appellate review of factual findings contained herein.  *See U.S. v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

DONE AND RECOMMENDED in Chambers at West Palm Beach in the Southern District of Florida, this 8th day of March, 2021.

DAVE#LEE BRANNON
U.S. MAGISTRATE JUDGE